UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA      )
                                    )      Case No. 1:10-cr-158
v.                                  )
                                    )      COLLIER / LEE
MICHAEL DAVID BLEDSOE      )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the seven-count
Indictment; (2) accept Defendant's plea of guilty to Count One; (3) adjudicate Defendant guilty of
the charges in Count One of the Indictment; (4) defer a decision on whether to accept the plea
agreement until sentencing; and (5) Defendant has been released on bond under appropriate
conditions of release pending sentencing in this matter (Court File No. 140).  Neither party filed a
timely objection to the report and recommendation.  After reviewing the record, the Court agrees
with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and
**ADOPTS** the magistrate judge's report and recommendation (Court File No. 140) pursuant to 28
U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)    Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

            is **GRANTED**;

    (2)    Defendant's plea of guilty to the charges in Count One is **ACCEPTED**;

    (3)    Defendant is hereby **ADJUDGED** guilty of the charges in Count One;

    (4)    A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

            and

    (5)    Defendant **SHALL REMAIN** on bond under appropriate conditions of release

pending sentencing in this matter, which is scheduled to take place on **Thursday,**

**November 3, 2011 at 2:00 p.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**